UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| VERNON L. HALL,<br><br>        Petitioner,<br><br>v.<br><br>TOM HANLON, Superintendent,<br><br>        Respondent. | No. 1:06-cv-399-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 06/12/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Vernon Hall
DOC #995666
Correctional Industrial Complex
P.O. Box 601
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770